Motion to Seal

Movant/ Complainant moves this
honorable Court to seal this matter
to avoid commingling private rights
with public. Complainant verifies that Complaint
~~Complainant~~ has proprietary information.

By: Jane Doe

on ~~the~~ March, 10, 2022

2022 MAR 10  PM 5:33

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

FILED

Mail to:
20995 Lawson Avenue
Port Charlotte, Florida